**Jessie Benjamin KINDLEY, Sr., Plaintiff–Appellant,**

v.

**Kenneth RANSON; Robert W. Walker, Magistrate; Ron Angelone, Executive Director, Defendants–Appellees.**

**No. 02–6127.**

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 27, 2002.

Jessie Benjamin Kindley, Sr., Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jessie Benjamin Kindley, Sr., a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Kindley v. Ranson,* No. CA–01–844–2 (E.D.Va. Dec. 18, 2001); *see also Linda R.S. v. Richard D.,* 410 U.S. 614, 619, 93 S.Ct. 1146, 35 L.Ed.2d 536 (1973) (noting that a private citizen has no enforceable right to institute a criminal prosecution). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*